# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| **Tyrone B. Hill,** | **Civil No. 06-4720 (PJS/JJG)** |
| Plaintiff, |  |
| v. | **ORDER** |
| **Carol Holinka,** <br> **Karen Peterson,** |  |
| Defendants. |  |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion to dismiss, or in the alternative, for summary judgment (Doc. No. 12) is **GRANTED.**

2. All claims in this matter are **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 27th day of February, 2008.

                                                    s/Patrick J. Schiltz  
                                                    PATRICK J. SCHILTZ  
                                                    United States District Judge